UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERIC A. WELCH,

                Plaintiff,

vs.                              Case No.  2:11-cv-179-FtM-29SPC

FNU RIO, FNU DEROCK and MR. EDWARDS,

                Defendants.
_____

**ORDER OF DISMISSAL**

    This matter comes before the Court upon periodic review of the file.  Eric Welch, a *pro se* plaintiff, initiated this action by filing a Civil Rights Complaint (Doc. #1) pursuant to 42 U.S.C. § 1983 as a prisoner at Charlotte Correctional Institution.

    On June 3, 2011, the Court entered an Order directing Plaintiff to submit the $350.00 filing fee, or submit an amended motion for leave to proceed *in forma pauperis* on or before June 24, 2011.  See Doc. #8.  Specifically, the Court directed Plaintiff to comply with the directions on these forms by filing a copy of his inmate account for the period September 30, 2010, through March 30, 2011, and by having an authorized official sign his Prisoner Consent Form.  Id. at 2.  By separate order entered June 3, 2011, the Court also directed Plaintiff to show cause why his case should not be dismissed for failure to fully exhaust his available administrative remedies on or before June 24, 2011.  Doc. #9.

As of the date on this Order, Plaintiff has not complied with either of the Court's June 3, 2011 Orders. <u>See</u> docket. The Court warned Plaintiff, in both Orders, that his failure to comply with these Orders would result in the dismissal of his case without further notice. <u>See</u> Doc. #8 at 2; Doc. #9 at 3. As such, this action is dismissed, without prejudice, for Plaintiff's failure to comply.

ACCORDINGLY, it is hereby

**ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of the Court** shall: (1) enter judgment dismissing this case without prejudice; (2) terminate any outstanding motions; and (3) close this case.

**DONE AND ORDERED** at Fort Myers, Florida, on this __1st__ day of July, 2011.

JOHN E. STEELE
United States District Judge

SA: alj/hmk
Copies: All Parties of Record